**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:08CR411** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **MICHAEL L. WILLIAMS,** | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| **DEFENDANT.** | ) | |
| | ) | |

This matter is before the Court upon Magistrate Judge William H. Baughman, Jr.'s Report and Recommendation that the Court ACCEPT Defendant Michael Williams' ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 18).

On October, 7, 2008, Defendant was indicted by a United States Grand Jury. (Dkt. #8). On October 29, 2008, this Court issued an order assigning this case to Magistrate Judge Baughman for the purpose of receiving Defendant's guilty plea. (Dkt. # 14).

On November 14, 2008, a hearing was held in which Defendant entered a plea of guilty to Counts One and Two of the Indictment, charging one count of bank robbery in violation of 18 U.S.C. 2113(a), and one count of armed bank robbery in violation of 18 U.S.C. 2113(a) and (d). Magistrate Judge Baughman received Defendant's guilty

plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Dkt. # 18).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Counts one and two in violation of 18 U.S.C. 2113(a) and (d). The sentencing will be held on February 18, 2009, at 9:30 a.m.

**IT IS SO ORDERED**.

>   **/s/ Peter C. Economus - December 2, 2008**
>   **PETER C. ECONOMUS**
>   **UNITED STATES DISTRICT JUDGE**